AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| DAMIAN GARZA CANTU,<br>*Plaintiff*<br>v.<br>YAKIMA COUNTY, JOSEPH BRUSIC, PATRICIA POWERS, CARL MUNSON, & UNKNOWN INDIVIDUALS,<br>*Defendant* | Civil Action No.  1:16-CV-3206-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' Renewed Motion to Dismiss Plaintiff's Second Amended Complaint (ECF No. 17) is GRANTED in favor of Defendants on Plaintiff's claims brought under 42 U.S.C. § 1983, and DENIED as moot as to Plaintiff's remaining state law claims; and Plaintiff's state law claims are DISMISSED without prejudice. Judgment is entered for Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE  on a motion to dismiss ECF No. 17.

Date: July 28, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen