# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAMIAN GARZA CANTU,<br><br>                      Plaintiff,<br><br>   v.<br><br>YAKIMA COUNTY, JOSEPH BRUSIC, PATRICIA POWERS, CARL MUNSON, & UNKNOWN INDIVIDUALS,<br><br>                      Defendants. | CASE NO.: 1:16-CV-3206-TOR<br><br>**AMENDED** ORDER GRANTING DEFENDANTS' RENEWED MOTION TO DISMISS |

THE COURT HEREBY AMENDS, pursuant to Fed. R. Civ. P. 60(a), the Order Granting Defendants' Renewed Motion to Dismiss (ECF No. 20).

As the Court previously recited, on October 21, 2016, Plaintiff sued Defendants in the Washington State Superior Court for Yakima County styled, *Damian Garza Cantu v. Yakima County, et al.*, case no. 16-2-03007-39. ECF No. 2-2 at 9-18. Defendants timely removed that action to this Court pursuant to 28

U.S.C. § 1443. ECF No. 1. While dismissing Plaintiff's § 1983 claims, the Court declined to exercise supplemental jurisdiction over Plaintiff's remaining state law claims. *See* 28 U.S.C. § 1367(c)(3). Since the court declined to exercise supplemental jurisdiction, remand, rather than dismissal of the state claims is the appropriate procedural posture of the case.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The Court's Order Granting Defendants' Renewed Motion to Dismiss (ECF No. 20) is **AMENDED** as indicated.

2. Pursuant to 28 U.S.C. § 1447, Plaintiff's state law claims are not dismissed, but are rather **REMANDED** to the Washington State Superior Court for Yakima County for all further proceedings.

The District Court Executive is directed to enter this Order, enter an Amended Judgment accordingly, provide copies to counsel, mail a certified copy of this Order and the July 28, 2017 Order Granting Defendant's' Renewed Motion to Dismiss (ECF No. 20) to the Clerk of the Yakima County Superior Court, and **CLOSE** this file.

DATED: August 3, 2017.



THOMAS O. RICE
Chief United States District Judge

**AMENDED** ORDER GRANTING DEFENDANTS' RENEWED MOTION TO DISMISS ~ 2