# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| DAMIAN GARZA CANTU,<br>*Plaintiff*<br>v.<br>YAKIMA COUNTY, JOSEPH BRUSIC, PATRICIA POWERS, CARL MUNSON, & UNKNOWN INDIVIDUALS,<br>*Defendant* | Civil Action No.  1:16-CV-3206-TOR |

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Pursuant to 28 U.S.C. Section 1447, Plaintiff's state law claims are REMANDED to the Washington State Superior Court for Yakima County.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE  sua sponte amending Order Granting Defendants' Renewed Motion to Dismiss (ECF No. 20).

Date:  August 3, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Bridgette Fortenberry
*(By) Deputy Clerk*

Bridgette Fortenberry